UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>JORGE PEREZ,<br>　　　　　Defendant | ) Case No.: 3:14-CR-00576-WQH<br>)<br>) **ORDER GRANTING EARLY**<br>) **TERMINATION OF SUPERVISED**<br>) **RELEASE**<br>) |

　　The court finds that an early termination of supervised release is warranted in this case by the conduct of the defendant and in the interest of justice, per 18 U.S.C. §3583(e)(1).

　　As such, defendant's motion for early termination of supervised release is GRANTED. (ECF No. 101.)

Dated: October 31, 2024

　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　United States District Court

ORDER TO GRANT MOTION FOR EARLY TERMINATION - 1